United States District Court

Eastern District of California

Kenneth I. Edmonton,

       Petitioner,                    No. Civ. S 04-2578 LKK PAN P

   vs.                             Order

State of California,

       Respondent.

-oOo-

    June 7, 2005, respondent requested an extension of time to file and serve a response to the petition.  Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  June 16, 2005.

                           /s/ Peter A. Nowinski
                           PETER A. NOWINSKI
                           Magistrate Judge